UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LUIS ORTIZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Docket No. 2:19-cr-00023-NT-1 |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On June 7 2021, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 129). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**, the Government's motion to dismiss the Petition is **GRANTED**, and the Petition is **DISMISSED**. It is further **ORDERED** that no certificate of appealability should issue in the event the

Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 21st day of July, 2021.